UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHERIF T. ELAMIR and
JANET L. ELAMIR, and as
parents of NORAH ELAMIR
and HANNAH ELAMIR,

      Plaintiffs,

v.                                  CIV 07-0427 KBM/ACT

RON ROCKRANDT d/b/a
RED RIVER CONSTRUCTION
COMPANY, et al.,

      Defendants.

## ORDER ADOPTING FINDINGS AND RECOMMENDATION

THIS MATTER came before the Court on a Stipulated Motion for Approval of Minors' Settlements filed May 9, 2008 *(Doc. 40)*. Pursuant to 28 U.S.C. § 636(c) and FED. R. CIV. P. 73(b), the parties have consented to have me serve as the presiding judge and enter final judgment. I referred this matter to the Honorable Alan C. Torgerson to conduct a fairness hearing which was held on June 26, 2008, and his findings and recommendations were filed July 16, 2008. *See Doc. 99.* Because all counsel stated that they have no objection to Judge Torgerson's recommended disposition, and in order to expedite the approval of this settlement, counsel have waived the ten-day period for the filing of objections. *Id.* at n.1.

Having performed a *de novo* review of the recommended disposition and report of the guardian ad litem, I agree with Judge Torgerson that the settlement is fair and reasonable under the circumstances and that acceptance of the settlement is in Norah's best interests.

Wherefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the recommended disposition is adopted, the settlement is approved, and the claims against all Defendants are dismissed with prejudice.

_____
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent